IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| United States of America, | ) | CRIMINAL NO. 3:07-468-CMC |
|---|---|---|
| v. | ) | **OPINION and ORDER** |
| Jesus Perez-Laguna, | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's motion for reduction of sentence "pursuant to the Fast Track Directive" and 18 U.S.C. § 3582(c)(2). ECF No. 358. The Government has responded, contending that the court is without jurisdiction to act upon Defendant's motion. ECF No. 361.

For the reasons stated by the Government, with which this court agrees, the court is without jurisdiction to entertain Defendant's motion. Accordingly, Defendant's motion is dismissed without prejudice as this court is without jurisdiction to consider it.

**IT IS SO ORDERED.**

                                                   s/ Cameron McGowan Currie
                                                   CAMERON McGOWAN CURRIE
                                                   UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
July 27, 2012

1