IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No.: 3:07-468-JFA |
|---|---|---|
| v. | ) | ORDER |
| JESUS PEREZ-LAGUNA, ET AL. | ) | |

Upon motion of the government, and without opposition from the defendant, it is hereby ordered that the warrant for the arrest of Rosa Flores-Sanchez as a material witness in the matter of United States v. Jesus Perez-Laguna, et al., criminal case number 3:07-468 is hereby dismissed with prejudice; the material witness is released from her bond and is released from any other supervision by the United States Pretrial Services Office.

IT IS SO ORDERED.

March 29, 2013
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge